1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   STEVEN F. HIDALGO,                    ) NO. CV 11-01452 PSG (SS)
                                           )
12                    Petitioner,          )
                                           )
13          v.                             )          **JUDGMENT**
                                           )
14   J. TIM OCHOA, Acting Warden,          )
                                           )
15                    Respondent.          )
     _____)

16

17

18          Pursuant to the Court's Order Adopting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21          IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   with prejudice.

23

24   DATED: March 11, 2011

25                                         _____

26                                         PHILIP S. GUTIERREZ
                                           UNITED STATES DISTRICT JUDGE

27

28